IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| **TYREE DUANE HARRIS,** | 3:09-CV-01190-ST |
| Petitioner, | ORDER |
| v. | |
| **BRIAN BELLEQUE,** | |
| Respondent. | |

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#84) on March 15, 2013, in which she recommended the Court grant Petitioner Tyree Duane Harris's First Amended Petition (#33) for Habeas Corpus Relief Pursuant to 28 U.S.C. § 2254 and remand this matter to the State of Oregon for resentencing with an instruction that Petitioner's dangerous offender sentence on Count 6 is vacated unless the State

1 - ORDER

resentences Petitioner as a dangerous offender within 90 days. Respondent filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  The Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#84), **GRANTS** the First Amended Petition (#33) for Habeas Corpus Relief Pursuant to 28 U.S.C. § 2254, and **REMANDS** this matter to the State of Oregon for resentencing with an instruction that Petitioner's dangerous offender sentence on Count 6 is vacated unless the State resentences Petitioner as a

2 - ORDER

dangerous offender within **90 days of the date of this Order**.

IT IS SO ORDERED.

DATED this 10th day of June, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER