IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYREE DUANE HARRIS,                          3:09-CV-01190-ST

       Petitioner,                       JUDGMENT OF REMAND

v.

BRIAN BELLEQUE,

       Respondent.


     Based on the Court's Order issued June 10, 2013, this matter is **REMANDED** to the State of Oregon with an instruction that Petitioner's dangerous offender sentence on Count 6 is vacated unless the State resentences Petitioner as a dangerous offender within **90 days of the date of the June 10, 2013, Order.**

     DATED this 10th day of June, 2013.


                    /s/ Anna J. Brown

                    _____
                    ANNA J. BROWN
                    United States District Judge


ORDER OF REMAND